UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LYONAL A. WILLIAMS, JR. | CIVIL ACTION |
| VERSUS | NO. 07-6022 |
| ALLSTATE INSURANCE COMPANY | SECTION "C" (4) |

ORDER

This matter comes before the Court on the issue of subject matter jurisdiction and whether the jurisdictional amount was present when this matter was removed on the basis of diversity. In order to remain in federal court, the removing parties must prove by a preponderance of the evidence that the jurisdictional minimum exists. Id. This showing may be made by either: (1) demonstrating that it is facially apparent that the claims are likely above the jurisdictional minimum; or (2) setting forth the facts in controversy that support a finding of the jurisdictional minimum. Luckett v. Delta Airlines, Inc., 171 F.3d 295 (5th Cir. 1999). It has not established that jurisdiction existed at the time of removal. In light of this circumstance and the joint motion, remand is appropriate.

IT IS ORDERED that this matter be and hereby is REMANDED to the 24th

Judicial District Court for the Parish of Jefferson, State of Louisiana, for lack of subject matter jurisdiction under 28 U.S.C. 1447(c).

New Orleans, Louisiana, this 20th day of November, 2007.

                                                HELEN G. BERRIGAN
                                                UNITED STATES DISTRICT JUDGE